110 A.3d 929

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. J.M., JR., DEFENDANT–RESPONDENT.

March 16, 2015.

It is ORDERED that the motion for leave to appeal is granted.

110 A.3d 929

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. AAKASH
A. DALAL, DEFENDANT–RESPONDENT.

March 18, 2015.

It is ORDERED that the motion for leave to appeal is granted.

110 A.3d 929

MORTGAGE GRADER, INC., PLAINTIFF–MOVANT, v. WARD
& OLIVO, L.L.P., AND JOHN OLIVO, ESQ., DEFENDANTS,
AND JOHN WARD, ESQ., DEFENDANT–RESPONDENT.

March 27, 2015.

It is ORDERED that the motion for leave to appeal is granted.